DIANE M. MANN, TRUSTEE
PO BOX 12970
SCOTTSDALE, AZ 85267-2970

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WEISS, RICHARD LAWRENCE § Case No. 12-09037-PHX CGC
WEISS, MARYANNE §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on            . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was __. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DIANE M. MANN, TRUSTEE_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No:  12-09037-PHX    CGC    Judge: CHARLES G. CASE II
Case Name: WEISS, RICHARD LAWRENCE
WEISS, MARYANNE
For Period Ending: 12/21/12

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 04/26/12 (f)
341(a) Meeting Date: 06/29/12
Claims Bar Date: 10/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BBVA COMPASS BANK PERSONAL CHECKING X3861 | 275.00 | 0.00 | | 0.00 | FA |
| 2. BBVA COMPASS BUSINESS CHECKING X-1021 | 248.56 | 352.17 | | 352.17 | FA |
| 3. FIRST CITIZENS BANK BUSINESS CHECKING 7107 | 159.48 | 134.14 | | 134.14 | FA |
| 4. LANLORD SECURITY DEPOSIT | 500.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD FURNITURE AND FURNISHINGS, INCLUDING 1 K | 1,115.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD FURNITURE AND FURNISHINGS, INCLUDING LIV | 290.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS, COMPACT DISCS, PICTURES | 100.00 | 0.00 | | 0.00 | FA |
| 8. AMERICAN INDIAN DECOR SOLD AT TRUSTEE SALE | 200.00 | 150.00 | | 150.00 | FA |
| 9. MALE AND FEMALE WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. MEN'S AND WOMEN'S WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 11. MEN'S AND WOMEN'S WATCHES | 100.00 | 0.00 | | 0.00 | FA |
| 12. OLYMPUS DIGITAL CAMERA | 10.00 | 0.00 | | 0.00 | FA |
| 13. GUSTARE, LTD | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2011 MINI COOPER CLUBMAN HATCHBACK 2D | 18,000.00 | 0.00 | | 0.00 | FA |
| 15. 2007 HP DESKTOP COMUPTER; 2004 TOSHIBA LAPTOP | 50.00 | 0.00 | | 0.00 | FA |
| 16. FOOD. GAS AND PROVISIONS | 468.05 | 0.00 | | 0.00 | FA |
| 17. PREFERENTIAL TRANSFER- B OF A (u) ORDINARY COURSE OF BUSINESS DEFENSE | 0.00 | 2,640.00 | | 0.00 | FA |
| 18. NON-EXEMPT CASH (u) | 0.00 | 467.05 | | 467.05 | FA |
| 19. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $22,716.09        $3,743.36                $1,103.36        $0.00
(Total Dollar Amount in Column 6)

| | | | |
|---|---|---|---|
| Case No: | 12-09037-PHX    CGC    Judge: CHARLES G. CASE II | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | WEISS, RICHARD LAWRENCE | Date Filed (f) or Converted (c): | 04/26/12 (f) |
| | WEISS, MARYANNE | 341(a) Meeting Date: | 06/29/12 |
| | | Claims Bar Date: | 10/23/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING NOL'S LOSSES CLAIMED. OBJECTION TO PROPERTY CLAIMED AS EXEMPT FILED. June 28, 2012. DEMAND MADE UPON B OF A FOR TURNOVER OF PREFERENCE PAYMENT. HEARING SET FOR 8/28. July 24, 2012. REC'D NON-EXMEPT CASH. August 05, 2012. DEMAND MADE FOR BANK FUNDS AND NON-EXEMPT PERSONAL PROPERTY. October 24, 2012. REC'D BANK FUNDS. NO NOL LOSSES TO RECOVER. TRUSTEE SALE FOR NON-EXEMPT PERSONAL PROPERTY SET FOR 11/30. November 13, 2012. ALL ASSETS COLLECTED AND CASE TO CLOSE AFTER CHECK CLEARS. December 20, 2012 (DMMANN)

Initial Projected Date of Final Report (TFR): 11/30/12          Current Projected Date of Final Report (TFR): 12/30/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09037-PHX -CGC | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | WEISS, RICHARD LAWRENCE | Bank Name: | UNION BANK |
|  | WEISS, MARYANNE | Account Number / CD #: | *******7892 Checking Account |
| Taxpayer ID No: | *******8789 | | |
| For Period Ending: | 12/21/12 | Blanket Bond (per case limit): | $ 82,080,307.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 466.51 | | 466.51 |
| 11/13/12 | 2, 3 | DEBTORS | NON-EXEMPT BANK ACCT FUNDS | 1129-000 | 486.31 | | 952.82 |
| 12/09/12 | 8 | WILLIAM REESER | NON-EXEMPT PERSONAL PROPERTY | 1129-000 | 150.00 | | 1,102.82 |
| 12/12/12 | 100001 | DONNA WYATT | TRUSTEE AUCTION COSTS | 2990-000 | | 30.00 | 1,072.82 |
| | | 7635 N 37TH AVENUE | | | | | |
| | | PHOENIX, AZ 85051 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,102.82 | 30.00 | 1,072.82 |
| Less: Bank Transfers/CD's | 466.51 | 0.00 | |
| Subtotal | 636.31 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 636.31 | 30.00 | |

Page Subtotals  1,102.82  30.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09037-PHX -CGC | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | WEISS, RICHARD LAWRENCE | Bank Name: | Bank of America |
| | WEISS, MARYANNE | Account Number / CD #: | *******4515 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8789 | | |
| For Period Ending: | 12/21/12 | Blanket Bond (per case limit): | $ 82,080,307.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/12 | 18 | DEBTOR | NON-EXEMPT CASH | 1229-000 | 467.05 | | 467.05 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.54 | 466.51 |
| 10/28/12 | | Transfer to Acct #*******9186 | Final Posting Transfer | 9999-000 | | 466.51 | 0.00 |
| | | | COLUMN TOTALS | | 467.05 | 467.05 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 466.51 | |
| | | | Subtotal | | 467.05 | 0.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 467.05 | 0.54 | |

Page Subtotals  467.05  467.05

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09037-PHX -CGC | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | WEISS, RICHARD LAWRENCE | Bank Name: | Bank of America |
| | WEISS, MARYANNE | Account Number / CD #: | *******9186 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8789 | | |
| For Period Ending: | 12/21/12 | Blanket Bond (per case limit): | $ 82,080,307.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/12 | | Transfer from Acct #*******4515 | Transfer In From MMA Account | 9999-000 | 466.51 | | 466.51 |
| 10/31/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 466.51 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 466.51 | 466.51 | 0.00 |
| Less: Bank Transfers/CD's | 466.51 | 466.51 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7892 | 636.31 | 30.00 | 1,072.82 |
| Money Market Account (Interest Earn - ********4515 | 467.05 | 0.54 | 0.00 |
| Checking Account (Non-Interest Earn - ********9186 | 0.00 | 0.00 | 0.00 |
| | 1,103.36 | 30.54 | 1,072.82 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  466.51  466.51

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-09037-PHX CGC
Case Name: WEISS, RICHARD LAWRENCE
           WEISS, MARYANNE
Trustee Name: DIANE M. MANN, TRUSTEE

    Balance on hand         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: LANE AND NACH, P.C. | $ | $ | $ |
| Attorney for Trustee Expenses: LANE AND NACH, P.C. | $ | $ | $ |
| Other: DONNA WYATT | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses   $_____

    Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 | GE Capital Retail Bank | $ | $ | $ |
| 02 | GE Capital Retail Bank | $ | $ | $ |
| 03 | American Express Centurion Bank | $ | $ | $ |
| 04 | American Express Centurion Bank | $ | $ | $ |
| 05 | American Express Centurion Bank | $ | $ | $ |
| 06 | BMW Financial Services NA, LLC | $ | $ | $ |
| 07 | American Express Bank, FSB | $ | $ | $ |
| 08 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 09 | FIA CARD SERVICES, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 11 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 12 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE